STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
DAVID A. CHEIT (SBN 121379)
STEVEN S. KIMBALL (SBN 154925)
400 Capitol Mall, Suite 1400
Sacramento, California 95814-4498
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

PERKINS COIE LLP
KEITH GERRARD (Admitted Pro Hac Vice)
RICHARD C. COYLE (Admitted Pro Hac Vice)
BRENDAN MURPHY (Admitted Pro Hac Vice)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8418
Facsimile:  (206) 359-9418

Attorneys for Defendants
Turbomeca, S.A. (a/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>TURBOMECA, S.A., a French Corporation, LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas corporation,<br><br>Defendants. | Case No. 2:06-CV-01563 WBS DAD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME:  (1) TO RESPOND TO COMPLAINT; (2) FOR RULE 26(F) CONFERENCE; AND (3) TO SERVE INITIAL DISCLOSURES |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Erik Henrikson, Iris Kievernagel, Patsy Kievernagel, Joseph Kievernagel, Kathleen Hamilton and Thomas Blount (collectively, "Plaintiffs") and Defendants Turbomeca, S.A. (a/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation) (collectively, "Defendants") hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled matter, as follows:

Pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendants voluntarily agreed to waive service of the Complaint by written waivers dated July 24, 2006.  However, Turbomeca, S.A. is located in France, while Turbomeca USA, Inc. is located in the United States.  Under Rule 4(d)(3), the due dates for a response to the Complaint by the defendant addressed in France would be October 23, 2006 and the due date for the defendant in the United States would be September 22, 2006.  All Defendants anticipate responding to the Complaint by filing motions under Federal Rule of Civil Procedure 12, resulting in two separate hearing dates for such motions.  To avoid the burden on the Court's time and schedule, as well as the requirement that the parties prepare two separate sets of papers, the parties HEREBY STIPULATE AND AGREE that the time for Turbomeca USA (f/k/a Turbomeca Engine Corporation) to respond to the Complaint is extended to October 23, 2006, the same date for Turbomeca, S.A. (a/k/a La Societe Anonyme Turbomeca France).

Under the Order Setting Status (Pretrial Scheduling) Conference issued by the Court, a Status Conference is set for October 10, 2006.  The Order further requires that at least 21 days before the Status Conference the parties are to confer and develop a proposed discovery plan pursuant to Federal Rule of Procedure 26(f) ("Initial Conference of the Parties").  Under Rule 26(a)(1), the parties' Initial Disclosures would then be due on October 4, 2006, 14 days after the Initial Conference of the Parties.  Since Defendants will not have filed an answer to the Complaint at that time, the parties HEREBY STIPULATE AND AGREE that the Initial Conference of Parties and Initial Disclosures shall occur 90 days after Defendants have filed any responsive pleading.

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: September 15, 2006 | STEVENS & O'CONNELL, LLP |
| 2 | | |
| 3 | | By    /s/ George L. O'Connell |
| | | GEORGE L. O'CONNELL |
| 4 | | Attorneys for Defendants |
| | | Turbomeca, S.A. (a/k/a La Societe Anonyme |
| 5 | | Turbomeca France) and Turbomeca USA, |
| | | Inc. (f/k/a Turbomeca Engine Corporation) |
| 6 | | |
| 7 | Dated: September 15, 2006 | FREIDBERG & PARKER, LLP |
| 8 | | |
| 9 | | |
| | | By    /s/ Edward Friedberg (Authorized on 9/15/06) |
| 10 | | EDWARD FRIEDBERG |
| 11 | | Attorneys for Plaintiffs Eric Henrikson, |
| | | Iris Kievernagel, Kathleen Hamilton and |
| 12 | | Thomas Blount |
| 13 | Dated: September 15, 2006 | MASTAGNI, HOLSTEDT, AMICK, |
| 14 | | MILLER, JOHNSEN, UHRHAMMER |
| 15 | | |
| 16 | | |
| | | By    /s/ David P. Mastagni (Authorized on 9/15/06) |
| 17 | | DAVID P. MASTAGNI |
| | | Attorneys for Plaintiffs Eric Henrikson, |
| 18 | | Iris Kievernagel, Kathleen Hamilton and |
| 19 | | Thomas Blount |
| 20 | Dated: September 15, 2006 | POSWALL, WHITE & CUTLER |
| 21 | | |
| 22 | | |
| 23 | | By    /s/ R. Parker White (Authorized on 9/15/06) |
| | | R. PARKER WHITE |
| 24 | | Attorneys for Plaintiffs Patsy and Joseph |
| | | Kievernagel |
| 25 | | |

IT IS HEREBY ORDERED THAT:

    (1)   Turbomeca USA (f/k/a Turbomeca Engine Corporation) shall respond to the Complaint on or before October 23, 2006;

PDF created with pdfFactory trial version www.pdffactory.com

1      (2)    The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure
2  26(f) shall occur on December 18, 2006 at 9:00 a.m. in Courtroom 5; and
3      (3)    The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure
4  26(a)(1) shall occur at the Initial Conference of the Parties.

6  Dated:  September 20, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME:  (1) TO RESPOND TO COMPLAINT; (2) FOR RULE 26(F) CONFERENCE; AND (3) TO SERVE INITIAL DISCLOSURES

PDF created with pdfFactory trial version www.pdffactory.com