IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HENRIKSON, an individual;
IRIS KIEVERNAGEL, individually
and as administrator of the
estate of JOSEPH KIEVERNAGEL;
PATSY KIEVERNAGEL; JOSEPH
KIEVERNAGEL; KATHLEEN HAMILTON
and THOMAS BLOUNT, individually
and as successors in interest to
the estate of KEVIN BLOUNT,

        Plaintiffs,
    v.                                  CIV. NO. S-06-01563
                                             WBS DAD

TURBOMECA, S.A., a French
Corporation, LA SOCIETE
ANONYME TURBOMECA FRANCE, a
French Corporation, TURBOMECA    RELATED CASE ORDER
USA, a Texas Corporation,
TURBOMECA ENGINE CORPORATION,
a Texas corporation,

        Defendants.
_____/

COUNTY OF SACRAMENTO,              CIV. NO. S-07-01398
                                                  LKK KJM
        Lien Claimant.
_____/

        Examination of the above-entitled actions reveals that they are related within the meaning of

Local Rule 123(a)(E.D. Cal. 1984).  The plaintiffs in both cases seek damages from the same defendants arising out of the same incident.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated County of Sacramento v. Turbomeca, S.A., et al., No. Civ. S-07-01398 LKK KJM be, and the same hereby is, reassigned to Judge William B. Shubb and Magistrate Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as County of Sacramento v. Turbomeca, S.A., et al., No. Civ. S-07-01398 WBS DAD

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of
//

civil cases to compensate for this reassignment.

   IT IS SO ORDERED.

DATED: July 27, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE