IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HENRIKSON, et al.,

      Plaintiffs,                No. CIV S-06-1563 WBS DAD

      v.

TURBOMECA, S.A., et al.,

      Defendants.            ORDER

_____/

      This matter came before the court on September 7, 2007, at 10:30 a.m. for hearing on defendants' motion for protective order. Edward Freidberg, David P. Mastagni, and Phillip R.A. Mastagni appeared on behalf of plaintiffs. Richard C. Coyle and David A. Cheit appeared on behalf of defendants.

      The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

      1. Defendants' September 4, 2007 motion for protective order re designation of a deposition witness is granted in part and denied in part;

/////

/////

1

2. Defendants shall designate a witness or witnesses to testify on defendants' behalf regarding the subject area at issue in defendants' motion, as that subject area was clarified at the hearing of defendants' motion; and

3. The deposition or depositions of witnesses designated to testify pursuant to this order may be bifurcated from the currently scheduled depositions regarding other subject areas but shall be completed by November 15, 2007, in accordance with the terms and conditions set forth at the hearing.

DATED: September 7, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

orders.civil/henrikson1563.oah.090707