IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HENRIKSON, et al.,

        Plaintiffs,                      No. CIV S-06-1563 WBS DAD

    v.

TURBOMECA, S.A., et al.,

        Defendants.            <u>ORDER</u>

_____/

        This matter came before the court on December 4, 2007, at 9:00 a.m. for a specially set hearing on plaintiffs' motion to compel the deposition of Gerard Seguela as an individual. David P. Mastagni and Amanda Uhrhammer appeared in court and Edward Freidberg appeared telephonically on behalf of plaintiffs. Richard C. Coyle and Steven S. Kimball appeared in court and Keith Gerrard and George L. O'Connell appeared telephonically on behalf of defendants.

        The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

        1. Plaintiffs' November 29, 2007 motion to compel the deposition of Gerard Seguela as an individual is granted in part and denied in part; and

1

      2.  Plaintiffs are granted leave to depose Gerard Seguela as an individual, but the deposition shall not exceed four and one half actual hours, excluding break times.

DATED: December 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/henrikson1563.oah.120407