IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC HENRIKSON, et al.,

        Plaintiffs,                  No. CIV S-06-1563 WBS DAD

    v.

TURBOMECA, S.A., et al.,

        Defendants.              <u>ORDER</u>

_____/

        This matter came before the court on January 18, 2008, at 9:00 a.m. for a specially set hearing on defendants' motion for order for vocational rehabilitation examination. Amanda Uhrhammer and David P. Mastagni appeared on behalf of plaintiffs. Steven S. Kimball and George L. O'Connell appeared on behalf of defendants.

        The court having considered all written materials submitted in connection with the motion, and having heard oral argument from the parties, for the reasons stated on the record, IT IS ORDERED that:

        1. Defendants' January 15, 2008 motion for order for vocational rehabilitation examination is granted in part and denied in part.

        2. Defendants' vocational rehabilitation examination of plaintiff Eric Henrikson shall consist of an interview, with one of plaintiff's counsel present. The examination shall be

1

1 limited to one hour, shall not include any testing, and shall be completed by January 31, 2008, on
2 a specific date and time to be agreed upon by the parties.  Vocational rehabilitation testing shall
3 be conducted by plaintiff's vocational rehabilitation expert.  Prior to the testing, defendants'
4 counsel shall provide plaintiff's counsel with a written request regarding tests to be conducted.
5 DATED: January 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.civil/henrikson1563.oah.011808