IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>TURBOMECA, S.A., a French Corporation, LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas corporation,<br><br>Defendants. | Case No. 2:06-CV-01563 WBS DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGEMENT HEARING DATE.** |

Plaintiffs ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT (collectively "Plaintiffs"), through their counsel, respectfully submit the following stipulation and request:

1. On Monday March 31, 2008, this Court granted a continuance moving the trial date from August 2, 2008 to September 09, 2008.

2. Subsequent to the hearing Defendants filed a Motion for Summary Judgment, scheduled to be heard on April 28, 2008. Defendants filed said Motion in conformity with this Court's scheduling order requiring all motions to be filed no later than March 31, 2008. Defendant's Motion entails a 48 page Points and Authorities, a six page Statement of Undisputed Facts, and three (3) Affidavits containing 41 Exhibits, including exhibits in French language, one (1) declaration of a French lawyer from Paris, France regarding French tort law, and an extensive Appendix of Authorities.

3. Given the voluminous nature of the Summary Judgment, including numerous citations to French and European Union law, Plaintiffs will not be able to reasonably file a response to this Summary Judgment based on the current hearing date. Further, the parties have a long-scheduled mediation set for April 23, 2008 with mediation briefs due April 09, 2008. Also, expert disclosures are due May 14, 2008. After having met and conferred, the parties are in agreement to continue the Summary Judgment approximately 30 days consistent with the new trial date.

4. Good cause exists to grant the continuance of the Summary Judgment hearing, the Court's calendar permitting, until the following proposed dates: June 09, 2008 with Plaintiffs' Opposition Brief due May 12, 2008 and Defendants' Reply Brief due on June 02, 2008.

Dated: April 02, 2008     **MASTAGNI, HOLSTEDT, AMICK,**
                          **MILLER, JOHNSEN & UHRHAMMER**

                          By: ____/s/ *Phillip R.A. Mastagni*_____
                              PHILLIP R.A. MASTAGNI
                              Attorneys for Plaintiffs Iris Kievernagel,
                              Eric Henrikson, Kathleen Hamilton
                              And Thomas Blount

                          **SO STIPULATED**

Dated: April 02, 2008     **PERKINS COIE, LLP**

                          By____/s/ *Keith Gerrard*___
                              KEITH GERRARD
                              Attorneys for Defendants
                              Turbomeca, S.A. (a/k/a La Societe Anonyme
                              Turbomeca France) and Turbomeca USA,
                              Inc. (f/k/a Turbomeca Engine Corporation)

Dated: April 02, 2008     **POSWALL, WHITE & CUTLER**

1
2
3              By      /s/ R. Parker White
4                      R. PARKER WHITE
                       Attorneys for Plaintiffs Patsy and Joseph
                       Kievernagel
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUMMARY JUDGEMENT HEARING DATE.**

24839-0159/LEGAL14138821.1

IT IS HEREBY ORDERED as follows:

Good Cause having been shown, the Stipulation to Continue Defendants Hearing Date for its Summary Judgment Motion Is Hereby Adopted.  The Hearing Date Shall Be Set for **June 9, 2008 at 2:00 p.m.**  and the Parties Are Ordered to Comply with this Order.

IT IS SO ORDERED.

Dated:  April 3, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE