EDWARD FREIDBERG, SBN 031279
PORT J. PARKER. SBN 179256
**FREIDBERG & PARKER, LLP**
650 University Avenue, Suite 205
Sacramento, California  95825
Telephone:  (916) 929-9060

DAVID P. MASTAGNI, SBN 057721
ARMANDA UHRHAMMER, SBN 199445
PHILLIP MASTAGNI, SBN 238254
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN, UHRHAMMER**
1912 I Street
Sacramento, California 95814
Telephone:  (916) 446-4692

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT,<br><br>                    Plaintiffs,<br><br>     v.<br><br>TURBOMECA, S.A., a French Corporation, LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas corporation,<br><br>                    Defendants. | Case No. 2:06-CV-01563 WBS DAD<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE DISPOSITIONAL PAPERS**<br><br>**[Local Rule 16-160]** |

Plaintiffs ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT (collectively

"Plaintiffs"), through their counsel, respectfully submit the following Notice of Settlement and stipulation and request:

    1.    On Wednesday, April 23, 2008, Plaintiffs and Defendants reached a settlement of Plaintiffs' claims.

    2.    Due to the international character of this litigation, and bearing in mind that Defendants include foreign corporations based in France, settlement of this action requires transmittal of documents and things overseas.

    3.    Good cause exists to grant 60 calendar days from the date of today's Notice of Settlement until June 24, 2008 for the filing of documents disposing of the above entitled action.

Dated: April 25, 2008    **MASTAGNI, HOLSTEDT, AMICK,**
    **MILLER, JOHNSEN & UHRHAMMER**

By: ____/s/ _Phillip R. A. Mastagni_____
    PHILLIP R.A. MASTAGNI
    Attorneys for Plaintiffs Iris Kievernagel,
    Eric Henrikson, Kathleen Hamilton
    And Thomas Blount

**SO STIPULATED**

Dated: April 25, 2008    **PERKINS COIE, LLP**

By____/s/ Brendan Murphy
    BRENDAN MURPHY
    Attorneys for Defendants
    Turbomeca, S.A. (a/k/a La Societe Anonyme
    Turbomeca France) and Turbomeca USA,
    Inc. (f/k/a Turbomeca Engine Corporation)

//
//
//
//

Dated:  April 25, 2008         **POSWALL, WHITE & CUTLER**

By     /s/ *R. Parker White*
         R. PARKER WHITE
         Attorneys for Plaintiffs Patsy and Joseph Kievernagel

   IT IS HEREBY ORDERED that the parties shall file their dispositional documents no later than June 24, 2008.

Dated:  April 29, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE