```
1  CHARLETON S. PEARSE, SBN 122491
   JEANA B. PIPKIN, SBN 208915
2  M. KATHLEEN STAKER, SBN 249062
   LENAHAN, LEE, SLATER & PEARSE, LLP
3  1030 15TH Street, Suite 300
   Sacramento, CA 95814
4  Telephone: (916) 443-1030
   Facsimile: (916) 443-0869
5
6  Attorneys for Lien Claimant,
   COUNTY OF SACRAMENTO
7
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC HENRIKSON, an individual; IRIS KIEVERNAGEL, individually and as administrator of the estate of JOSEPH KIEVERNAGEL; PATSY KIEVERNAGEL; JOSEPH KIEVERNAGEL; KATHLEEN HAMILTON and THOMAS BLOUNT, individually and as successors in interest to the estate of KEVIN BLOUNT, <br><br>          Plaintiffs, <br><br> v. <br><br> TURBOMECA, S.A., a French Corporation, LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas Corporation, <br><br>          Defendants. <br><br> COUNTY OF SACRAMENTO, <br><br>          Lien Claimant. | Case No. 2:06-cv-01563-WBS-DAD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF LIEN CLAIMANT'S LIENS AND MOTION TO IMPRESS ITS LIENS UPON THE SETTLEMENT ENTERED INTO BY THE PARTIES** |

Lien Claimant COUNTY OF SACRAMENTO, Plaintiffs ERIC HENRIKSON, IRIS KIEVERNAGEL, KATHLEEN HAMILTON, and THOMAS BLOUNT, (hereinafter

collectively referred to as "Plaintiffs"), and Defendants, TURBOMECA, S.A. (f/k/a La Societe Anonyme Turbomeca France) and TURBOMECA USA (f/k/a Turbomeca Engine Corporation) (hereinafter collectively referred to as "Defendants") hereby stipulate and seek an order of the Court withdrawing the Applications for Lien and the Motion to Impress said liens, without prejudice to the COUNTY OF SACRAMENTO's claims against Defendants in Case No. 2:07-CV-01398.

Lien Claimant will pursue its separate suit pending before this court, Case No. 2:07-CV-01398, in order to allow Plaintiffs to receive the entirety of their settlement proceeds in the instant action free of the COUNTY's lien.

Accordingly, the parties hereby STIPULATE AND AGREE as follows:

Plaintiffs shall receive their settlement funds free of any present or future claim of lien by COUNTY OF SACRAMENTO;

Defendants' tender of the settlement funds to Plaintiffs shall be free of any present or future claim by Lien Claimant that it improperly paid money that was subject to a claim of lien;

Lien Claimant, COUNTY OF SACRAMENTO, shall be permitted to assert and prosecute its reimbursement claim(s) against Defendants in the separate action (Case No. 2:07-CV-01398) in which the claim(s) have already been pleaded;

The Applications for Lien on file in this action against Plaintiffs' settlement proceeds herein are hereby withdrawn, without prejudice to the COUNTY OF SACRAMENTO's claims against Defendants in the separate action;

Lien Claimant's Motion to Impress its Workers' Compensation Benefits Liens Against the Settlement(s) Entered Into by the Parties is hereby withdrawn, without prejudice to the COUNTY OF SACRAMENTO's

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF LIENS AND MOTION TO IMPRESS

1  claims against Defendants in the separate action;

2      Lien Claimant permanently waives any and all lien rights and/or other rights of recovery that it might have against the Plaintiffs' settlement recoveries herein;

5      Lien Claimant may pursue its separate suit, Case No. 2:07-CV-01398 before this court;

7      Lien Claimant does not waive any aspect of its claims against Defendants, and each of them, in the separate civil action (Case No. 2:07-CV-01398); and

10      This action may be dismissed after payment of the settlement funds and submittal of dispositional documents.

12      This Stipulation and Order may be executed in counter-part, and faxed and/or authorized electronic signature shall be deemed the same as an original execution.

Dated: June 19, 2008        LENAHAN, LEE, SLATER & PEARSE, LLP

                                By    /s/ Charleton S. Pearse
                                       CHARLETON S. PEARSE
                                       Attorneys for Lien Claimant
                                       COUNTY OF SACRAMENTO

Dated: June 18, 2008        FREIDBERG & PARKER, LLP

                                MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & URHAMMER

                                By    /s/ David P. Mastagni  (Authorized on 6/18/08)
                                       DAVID P. MASTAGNI
                                       Attorneys for Plaintiffs
                                       ERIC HENRIKSON, IRIS KIEVERNAGEL, KATHLEEN HAMILTON and THOMAS BLOUNT

26  \ \ \

27  \ \ \

28  \ \ \

Dated: June 18, 2008					STEVENS & O'CONNELL, LLP

						PERKINS COIE, LLP


					By	/s/ Steven S. Kimball   (Authorized on 6/18/08)
						STEVEN S. KIMBALL
						Attorneys for Defendants
						TURBOMECA, S.A. and TURBOMECA USA

**ORDER**

IT IS HEREBY ORDERED THAT:

   (1)  Plaintiffs shall receive their settlement funds free of any present or future claim of lien by COUNTY OF SACRAMENTO;

   (2)  Defendants' tender of the settlement funds to Plaintiffs shall be free of any present or future claim by Lien Claimant that it improperly paid money that was subject to a claim of lien;

   (3)  Lien Claimant, COUNTY OF SACRAMENTO, shall be permitted to assert and prosecute its reimbursement claim(s) against Defendants in the separate action (Case No. 2:07-CV-01398) in which the claim(s) have already been pleaded;

   (4)  The Applications for Lien on file in this action against Plaintiffs' settlement proceeds herein are hereby withdrawn, without prejudice to the COUNTY OF SACRAMENTO's claims against Defendants in the separate action;

   (5)  Lien Claimant's Motion to Impress its Workers' Compensation Benefits Liens Against the Settlement(s) Entered Into by the Parties is hereby withdrawn, without prejudice to the COUNTY OF SACRAMENTO's claims against Defendants in the separate action;

   (6)  Lien Claimant permanently waives any and all lien rights and/or other rights of recovery that it might have against the Plaintiffs' settlement recoveries herein;

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF LIENS AND MOTION TO IMPRESS

1  (7) Lien Claimant may pursue its separate suit, Case No. 2:07-CV-01398 before this court;

2  (8) Lien Claimant does not waive any aspect of its claims against Defendants, and each of them, in the separate civil action (Case No. 2:07-CV-01398); and

3  (9) This action shall be dismissed after payment of the settlement funds and submittal of dispositional documents.

Dated: June 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL OF LIENS AND MOTION TO IMPRESS